[No. 5474–8–III.  Division Three.  September 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
ROBERT MARSH, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82–1–00056–3, James B. Mitchell, J.,
entered November 3, 1982. *Reversed* and *remanded* by
unpublished per curiam opinion.

[No. 5651–1–III.  Division Three.  September 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
DONALD DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 82–1–00740–0, Blaine Hopp, Jr., J.,
entered February 4, 1983. *Reversed* by unpublished opinion
per Green, J., concurred in by Munson, C.J., and McInturff,
J.

[No. 6441–3–II.  Division Two.  September 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
LEE BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 82–1–00070–5, Carol A. Fuller, J., entered
June 8, 1982. *Affirmed* by unpublished opinion per Petrich,
C.J., concurred in by Reed and Worswick, JJ.